```
 1                    UNITED STATES DISTRICT COURT

 2               EASTERN DISTRICT OF NEW YORK (BROOKLYN)

 3     UNITED STATES OF AMERICA,
                                       Case No. 1:23-mj-00007-JRC-1
 4              Plaintiff,

 5     v.                              Brooklyn, New York
                                       June 7, 2023
 6     AURELIEN MICHEL,                11:25 a.m.

 7              Defendant.

 8
                           TRANSCRIPT OF HEARING
 9               BEFORE THE HONORABLE ROBERT M. LEVY
                    UNITED STATES MAGISTRATE JUDGE
10
       APPEARANCES:
11     For the Plaintiff:         Dylan Stern, Esq.
                                  U.S. Attorney's Office
12                                271 Cadman Plaza East
                                  Brooklyn, NY 11201
13
       For the Defendant:         Adam K. Brody, Esq.
14                                Mintz & Gold, LLP
                                  600 Third Avenue
15                                25th Floor
                                  New York, NY 10016
16
       Also Appearing:            Interpreter, French
17
       Clerk:                     M.S.
18
       Court Recorder:            Electronic Sound Recording
19
       Transcription Service:     Chris Hwang
20                                Abba Reporting
                                  PO Box 223282
21                                Chantilly, Virginia  20153
                                  (518) 302-6772
22

23

24     Proceedings recorded by electronic sound recording;
       transcript produced by transcription service.
25
```

1              (Call to order at 11:25 a.m.)
2              THE CLERK:  So we have a criminal cause for an order
3     excludable delay.  It's 23-MJ-7, United States v. Aurelien
4     Michel.
5              Counsel, state your appearances please, starting with
6     the Government?
7              MR. STERN:  Good morning, Your Honor Dylan Stern for
8     the Government.
9              THE COURT:  Hold on a second to give a chance.
10             MR. STERN:  Your Honor, Dylan Stern for the
11    Government.  And I'm joined at counsel table by Alexander
12    Mothner (phonetic), an intern.
13             THE INTERPRETER:  Hello?
14             THE COURT:  Hold on.  Could the interpreter hear?
15             THE INTERPRETER:  Yes, the interpreter is on the
16    phone, Your Honor.
17             THE COURT:  But could you hear what was just said and
18    translate it?
19             THE INTERPRETER:  I just heard the name of the case
20    and the attorney was about to talk and then I believe was
21    interrupted.
22             MR. STERN:  Good morning, Your Honor, Dylan Stern for
23    the Government.  And I'm joined at counsel table by Alexander
24    Mothner, an intern in our office.
25             THE CLERK:  That's okay.  Okay.

```
1              THE COURT:  (Speaking French, indiscernible.)
2       (Laughter)
3              UNIDENTIFIED SPEAKER:  Everybody, Francais?
4              THE COURT:  (Speaking French) Oui.
5       (Laughter)
6              THE COURT:  Okay, is there -- there's a lot of noise
7    in the background.  I think it's causing a problem for the
8    interpreter.
9              THE INTERPRETER:  No, Your Honor.  I hear what has
10   been said basically.
11             THE COURT:  Okay.
12             MR. BRODY:  Good morning, Your Honor, from the law
13   firm of Mintz & Gold, Adam Brody on behalf of the Defendant.
14   Adam Brody, B-R-O-D-Y on behalf of the Defendant Aurelien
15   Michel.
16             THE COURT:  So we're here today for in the exclusion
17   of time; is that correct?
18             MR. BRODY:  Yes, Your Honor.
19             THE COURT:  Okay, and I have here a form.  It appears
20   that the Defendant has signed it.
21             MR. BRODY:  That's correct, Your Honor.
22             THE COURT:  And it's excluding time from today, June
23   7th to July 10th that will be excluded from completing the time
24   period within which an Information or an Indictment must be
25   filed.  Okay, do you understand what that means?
```

```
 1                THE DEFENDANT:  Yes.
 2                THE INTERPRETER:  I'm sorry?
 3                THE COURT:  I was just asking the Defendant do you
 4    understand what it means to exclude time from June 7th to July
 5    10th.
 6                THE DEFENDANT:  Yes, I do.  Yes, Your Honor.
 7                THE COURT:  Did you discuss it with your lawyer?
 8                THE DEFENDANT:  Yes.
 9                THE COURT:  And are you agreeing to exclude this time
10    voluntarily?
11                THE DEFENDANT:  Yes.
12                THE COURT:  Has anyone forced you, or threatened you,
13    or made you any promises to induce you to exclude this time?
14           (Counsel confers with the Defendant)
15                THE DEFENDANT:  No.
16                THE COURT:  All right, the application is granted.
17                MR. BRODY:  Thank you, Your Honor.
18                THE COURT:  Is there anything else?
19                MR. STERN:  Nothing from the Government, Your Honor.
20    Thank you.
21                MR. BRODY:  And not from the Defendant, Your Honor.
22                THE COURT:  And could you just tell me your name,
23    please?
24                THE DEFENDANT:  Aurelien Michel.
25                THE INTERPRETER:  I'm sorry, Your Honor, you need the
```

```
 1   name of the interpreter?
 2            THE COURT:  No, no, no, just the Defendant.
 3            THE INTERPRETER:  Okay.
 4            THE COURT:  (Speaking French) Prenom Michel?  Nom
 5   Michel?
 6            THE DEFENDANT:  (Speaking English) Yes.
 7            THE COURT:  Okay, all right, I just want to be sure
 8   that the name is correctly in here.  Okay.
 9            THE CLERK:  Thank you, everyone.
10            THE COURT:  We're all set.
11            MR. BRODY:  Thank you.
12            THE CLERK:  Have a good day.
13         (Proceedings concluded at 11:31 a.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

1 **CERTIFICATE**

4    I, Chris Hwang, court approved transcriber, certify
5 that the foregoing is a correct transcript from the official
6 electronic sound recording of the proceedings in the above-
7 entitled matter.

13    _____    June 14, 2023
14    Chris Hwang                 Date
15    Court Reporter