```
 1                    UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF NEW YORK (BROOKLYN)

 3   UNITED STATES OF AMERICA,
                                      Case No. 1:23-mj-00007-JRC-1
 4              Plaintiff,

 5   v.                               Brooklyn, New York
                                      July 11, 2023
 6   AURELIEN MICHEL,                 3:00 p.m.

 7              Defendant.

 8
             TRANSCRIPT REGARDING ORDER OF EXCLUDABLE DELAY HEARING
 9                BEFORE THE HONORABLE CHERYL L. POLLAK
                     UNITED STATES MAGISTRATE JUDGE
10
     APPEARANCES:
11   For the Plaintiff:            Dylan Stern, Esq.
                                   U.S. Attorney's Office
12                                 271 Cadman Plaza East
                                   Brooklyn, NY 11201
13
     For the Defendant:            Adam K. Brody, Esq.
14                                 Mintz & Gold, LLP
                                   600 Third Avenue
15                                 25th Floor
                                   New York, NY 10016
16
     Also Appearing:               Marjorie St. Jean
17                                 Interpreter, French

18   Clerk:                        M.S.

19   Court Recorder:               Electronic Sound Recording

20   Transcription Service:        Chris Hwang
                                   Abba Reporting
21                                 PO Box 223282
                                   Chantilly, Virginia  20153
22                                 (518) 302-6772

23

24   Proceedings recorded by electronic sound recording;
     transcript produced by transcription service.
25
```

```
 1              (Call to order at 3:00 p.m.)
 2              THE CLERK:  -- a criminal cause for an order
 3    excludable delay.  It's 23-MJ-7, United States v. Aurelien
 4    Michel.
 5              Counsel, state your appearances, please, starting
 6    with the Government?
 7              MR. STERN:  Good afternoon, Your Honor, Dylan Stern
 8    for the Government.
 9              THE COURT:  Good afternoon.
10              MR. BRODY:  Good afternoon, Your Honor, Adam Brody,
11    B-R-O-D-Y, from the law firm of Mintz & Gold, LLP for the
12    Defendant Aureline Michel.
13              THE COURT:  All right, good afternoon.
14              THE CLERK:  We have a French interpreter present.  I
15    need to swear you in.
16              THE INTERPRETER:  Yes, my name -- oh, sorry.
17              THE CLERK:  That's okay.
18          (The Interpreter is sworn)
19              THE CLERK:  And state your name for the record?
20              THE INTERPRETER:  Marjorie St. Jean.
21              THE CLERK:  Thank you.
22              THE INTERPRETER:  Okay.
23              THE COURT:  All right, good afternoon, Mr. is it
24    Michel [MIT/CHEL] or Michel [MY/KEL]?
25              THE DEFENDANT:  Michel [MEE/SHEL].
```

1       THE COURT:  Michel [ME/SHEL].  We are using the
2  services of an interpreter to assist you in understanding these
3  proceedings.
4       If at any point something is said that you don't
5  understand, please let me know, okay?  Yes?
6       THE DEFENDANT:  (Through interpreter) Yes.
7       THE COURT:  Okay.  So what are we here for this
8  afternoon?
9       MR. STERN:  Your Honor, the Government moves and it's
10  our understanding with the Defendant's consent for an order of
11  excludable delay, excluding time from today until September
12  11th, 2023 or for approximately 60 days.
13       The parties are engaged in plea negotiations and
14  we've made substantial progress.
15       THE INTERPRETER:  I'm sorry, could you repeat that
16  last?
17       MR. STERN:  Sure, I said the parties are engaged in
18  plea negotiations and have made substantial progress.  And
19  we've also produced some pre-indictment discovery.
20       So we would request that time be excluded until
21  September 11th to allow those negotiations to continue and
22  potentially resolve this case short of trial.
23       THE INTERPRETER:  What was the date again, I'm sorry?
24       MR. STERN:  September 11th, '23.
25       THE INTERPRETER:  Sorry.

1           THE COURT:  Counsel, have you discussed excluding
2    time with your client?
3           MR. BRODY:  Yes, we have, Your Honor.  And for the
4    record, I believe this is certainly not the first.  We've
5    encountered the situation before and this is at least the 4th
6    or 5th time that this has been explained to my client.
7           THE COURT:  Does he understand some English?
8           THE INTERPRETER:  Yes, he understood some.
9           MR. BRODY:  He does, Your Honor.
10          THE INTERPRETER:  I asked him if he understood.  He
11   said --
12          THE COURT:  Okay, all right.  So I understand this
13   has been explained to you before, but I'm required to explain
14   it again.
15          So under the Constitution and the laws of the United
16   States, you are entitled to a speedy and public trial
17   commencing within 70 days of the filing of what is called an
18   indictment.
19          An indictment is a formal charge brought by the grand
20   jury.  And as part of your right to a speedy trial, you have
21   the right to have your case presented to the grand jury within
22   30 days of your arrest.
23          And if the Government fails to do that, that could
24   later be the basis for you to move to dismiss the charges.
25          What the Government is asking me to do, and your

5

1  attorney agrees, is to exclude or not count the time from today
2  until September 11th because during this time, the Government's
3  going to be providing your attorney with evidence about your
4  case.
5          THE INTERPRETER:  Excuse me, I'm sorry.  Will be
6  providing the attorney with?
7          THE COURT:  Evidence about the case and discussing a
8  possible plea with you.  Do you understand all of that?
9          THE DEFENDANT:  Yes.
10         THE COURT:  Okay.  Do you wish me to enter this order
11 of excludable delay while these discussions go forward?
12         THE DEFENDANT:  Yes.
13         THE COURT:  All right, and I don't know if you can
14 see that.  Is that your signature, sir?
15         THE DEFENDANT:  Yes.
16         THE COURT:  I'm going to enter the order of
17 excludable delay, finding it is in the best interest of both
18 the public and the Defendant while there's an exchange of
19 evidence and plea negotiations continue.
20         Anything else today?
21         MR. STERN:  Nothing more from the Government.  Thank
22 you, Judge.
23         THE COURT:  All right, thank you.
24         MR. BRODY:  Not from the Defendant.  Thank you, Your
25 Honor.

```
1              THE CLERK:  I'll put on the record that we'll have
2    another status conference on 9/11 at 2023 at 11:00 a.m. before
3    the duty magistrate if we need to exclude time again, okay?
4              MR. BRODY:  That's fine.  Thank you.
5              THE CLERK:  Thank you.
6              THE COURT:  All right, thank you.
7         (Proceedings concluded at 3:06 p.m.)
```

**CERTIFICATE**

I, Chris Hwang, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

_____    July 18, 2023

Chris Hwang             Date

Court Reporter