AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
Aurelien Michel ) Case No. 23-cr-418
_____ )
Defendant )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/14/2023

_____
Defendant's signature

_____
Signature of defendant's attorney

ADAM K. Brody
Printed name of defendant's attorney

_____
Judge's signature

Vera M Scanlon USMJ
Judge's printed name and title

[Print]  [Save As...]   [Reset]