**DOCKET NUMBER:** 23cr418  **CRIMINAL CAUSE FOR:** Pleading

**VERA M. SCANLON, U.S.M.J.**  **DATE:** 11/14/2023  **TIME IN COURT:** 01:10 hours

**DEFENDANT NAME(S):** Aurelien Michel
X Present ___ Not Present ___ In Custody X Not In Custody

**DEFENSE COUNSEL:** Adam Kahan Brody
___ Federal Defender ___ CJA X Retained

**AUSA:** Drew Godfrey Rolle and Dylan Alexander Stern

| | | | |
|---|---|---|---|
| ___ | Pretrial/Probation: | X | Interpreter/Language: Eric Heuberger/French |
| X | Court Reporter: Leeann Musolf | ___ | ESR Log Nos.: |
| X | Arraignment | ___ | Revocation of Probation – non-contested |
| X | Change of Plea | ___ | Revocation of Probation – contested |
| ___ | In Chambers Conference | ___ | Sentencing – non-evidentiary |
| ___ | Pre-Trial Conference | ___ | Sentencing – contested |
| ___ | Initial Appearance | ___ | Revocation of Supervised Rel. – evidentiary |
| ___ | Status Conference | ___ | Revocation of Supervised Rel. – non-evidentiary |
| ___ | Telephone Conference | ___ | Jury Selection |
| ___ | Motion Hearing – evidentiary | ___ | Voir Dire Begun |
| ___ | Other Hearing: | ___ | Voir Dire Held |
| X | Case Called | ___ | Rule 5(f) Notice |
| X | Defendant Sworn | X | Defendant Informed of Rights |

X Waiver of Indictment executed
X Defendant consents orally and in writing to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.
X Defendant withdraws not guilty plea and enters plea of guilty as stated on the record
X Court finds factual basis for the plea
X Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.
___ Defendant through counsel waived the right to appear in person and consented to proceed remotely with the advice of Counsel.
X Sentencing set for: 5/15/2024 at 10:30 AM
___ An application for an Order of Excludable Delay was made on the record.
___ Order of Excludable Delay entered from _____ until _____
___ Order of Temporary Detention entered

**TEXT**

The criminal cause for pleading was held in Courtroom 13A South. Defendant was sworn in and informed of his rights. Defendant, defense counsel, and Magistrate Judge Vera M. Scanlon executed a waiver of an indictment. Waiver of an indictment filed separately. Defendant entered a plea of not guilty. Defendant, defense counsel, and the AUSA consented to have the plea taken before Magistrate Judge Vera M. Scanlon. Consent filed separately. Defendant withdrew his plea of not guilty and pleaded guilty to the sole Count of the undated Information. Information filed separately. Magistrate Judge Vera M. Scanlon respectfully recommends that the plea of guilty be accepted. Government will maintain Court Ex. 1, which is the plea agreement, and will provide a copy to defense counsel. A conviction notification has been provided to the Probation Department. Defendant remains on bond.