UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

           - against -

Aurelien Michel

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 23 Crim. 418( MKB) (VMS)

**Vera M. Scanlon, United States Magistrate Judge:**

## CONSENT TO HAVE A PLEA TAKEN BEFORE
## UNITED STATES MAGISTRATE JUDGE VERA M. SCANLON

    United States Magistrate Judge Vera M. Scanlon has informed me of my right to have my plea taken before a United States District Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Vera M. Scanlon.

_____
Defendant

_____
Attorney for Defendant

By: _____
Assistant United States Attorney

Dated: November 14, 2023
Brooklyn, New York