

April 26, 2024

**Via ECF**
Hon. Margo K. Brodie, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *United States v. Michel*, 23-cr-418,
     Request for Adjournment of Sentencing

Dear Chief Judge Brodie:

  We represent the Defendant, Aurelien Michel, in the above-referenced case. We write to respectfully request a six-week adjournment of Mr. Michel's sentencing, to a date on or after June 26, 2024. The reason for this request is to allow sufficient time to gather and translate letters written in support of Mr. Michel, pursuant to the Court's Order, and to incorporate those letters and finalize our submission to the Court in advance of sentencing.

  Mr. Michel's sentencing is currently scheduled for May 15, 2024. This is Mr. Michel's first request for an adjournment. The Government does not object to Mr. Michel's request for an adjournment.

  We thank Your Honor for the Court's attention to this request.

                Respectfully submitted,

                MINTZ & GOLD LLP

                By: /s/ *Adam K. Brody*

cc: Counsel of record

   *Via ECF*

**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York, NY 10016

O 212.696.4848  |  F 212.696.1231
mintzandgold.com